Joe Payton Lee

Appellant

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 23 2015

CHRISTOPHER A. PRINE

CLERK _____

V.

First Court of Appeals

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 23 2015

CHRISTOPHER A. PRINE

CLERK _____

01-15-00207-CV

Rita Lemons,

Appellee

## Motion Requesting Designation of Items Pursuant to Texas Rules of Appellate Procedure Rule 34.5 (b) and (c)

Comes now, Joe Payton Lee, as pro se litigant, and herein referred to as appellant, respectfully requesting that this

Honorable Court perform a designation of items to be included in the clerk's record. Appellant asks that the clerk include

what is normally submitted to the First Court of Appeals and the additional transcripts and orders of Federal District

Judge Lynn Hughes of the Southern District of Texas, who presided over a hearing regarding this same subject matter

Sign Joe Payton Lee

Joe Payton Lee

Certificate of Service:

A true and correct copy of this motion was sent to the following interested parties pursuant to Tex R App P 9.5 (d), (e):

Rita Lemons

16215 Diamond Ridge Drive

Houston, Texas 77053

Mae Walker, Constable

5290 Griggs Road

Houston, Texas 77021

Attn: J. Milan - 7C21

Steve Smith, Harris County Attorney

15th Floor

1019 Congress

Houston, Texas 77002

Sign - Joe Payton Lee